**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | | |
|---|---|---|
| **JACLYN CRESCENTE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:13-cv-0021 (NKM/RSB)** |
| | ) | |
| **STELLARONE CORPORATION,** | ) | |
| ***et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# PLAINTIFF'S MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES

Plaintiff Jaclyn Crescente ("Plaintiff"), by counsel, files this unopposed motion for this Court to enter an order for Certification of the Settlement Class, Final Approval of the Settlement and Award of Attorneys' Fees and Expenses. The grounds for this motion are set forth in the accompanying memorandum.

Dated: April 14, 2014

Respectfully submitted,

**FINKELSTEIN THOMPSON LLP**

/s Eugene J. Benick
Eugene J. Benick, Esq. (VSB# 76495)
1077 30th Street NW, Suite 150
Washington, DC 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090
ebenick@finkelsteinthompson.com

*Counsel for Plaintiff and Proposed Liaison Counsel*

**FARUQI & FARUQI, LLP**
Juan E. Monteverde, Esq. (admitted *pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017

Telephone: 212-983-9330
Facsimile: 212-983-9331
jmonteverde@faruqilaw.com

*Counsel for Plaintiff and Proposed Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of April 2014, the foregoing Motion was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s Eugene J. Benick

**FINKELSTEIN THOMPSON LLP**
Eugene J. Benick, Esq. (VSB# 76495)
1077 30th Street NW, Suite 150
Washington, DC 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090
ebenick@finkelsteinthompson.com

*Counsel for Plaintiff and Proposed Liaison Counsel*